FILED

JAN 15 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Ashley Bryant | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **6:25-cv-00454-KNM** |
| | § | |
| Better Rise Capital, a California Limited Liability Company | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Ashley Bryant, files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Better Rise Capital LLC are dismissed with prejudice.

Date 1-15-26

Respectfully submitted,

Ashley Bryant

Ashley Bryant
21134 County Road 113
Tyler, Texas 75703
Phone: 214-927-8966
Email: ashleyb3416@gmail.com